**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **DIEGO LOPEZ CALIHUA**, <br><br> *Petitioner*, <br><br> v. <br><br> **J.L. JAMISON, Warden Of Philadelphia Federal Detention Center, et al.**, <br><br> *Respondents.* | **Case No. 2:26-cv-05840-JDW** |

## ORDER

**AND NOW**, this 14th day of August, 2026, upon consideration of Petitioner Diego Lopez Calihua's Petition For Writ Of Habeas Corpus (ECF No. 1) and the Government's Answer (ECF No. 3), and for substantially the same reasons stated in *Kashranov v. J.L. Jamison*, No. 2:25-cv-05555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025) and *Olimov v. Jamison,* No. 2:26-cv-00532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026), it is **ORDERED** as follows:

1. Mr. Lopez Calihua's Petition For Writ Of Habeas Corpus (ECF No. 1) is **GRANTED**;

2. Mr. Lopez Calihua is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

3.      The Government shall **RELEASE** Mr. Lopez Calihua from custody on or before 12:00 p.m. ET on August 15, 2026 and **CERTIFY** compliance with my Order by filing on the docket no later than 5:00 p.m. ET on August 17, 2026;

4.      The Government is temporarily enjoined from re-detaining Mr. Lopez Calihua for seven days following his release from custody; and

5.      If the Government chooses to pursue re-detention of Mr. Lopez Calihua after that seven-day period, then it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.